UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
OCT 0 1 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:96CR93 |
| | ) | |
| vs. | ) | ORDER UNSEALING ALL |
| | ) | REFERENCE TO THIS MATTER |
| **ALEKO SBOUKIS** | ) | |

UPON MOTION of the United States of America, by and through Edward R. Ryan, Acting United States Attorney for the Western District of North Carolina, for an order directing that all reference to this matter and all pleadings in this matter be unsealed;

NOW THEREFORE IT IS ORDERED that all reference to this matter and all pleadings in this matter be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 1st day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

DOCUMENT SCANNED